IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:09cr25TSL-JCS

DEAUNDREA MARTIN POWER

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment against DEAUNDREA MARTIN POWER, specifically Count1, without prejudice.

DONALD R. BURKHALTER
United States Attorney

s/Harold Brittain
HAROLD BRITTAIN
Assistant U.S. Attorney
188 E. Capitol St., Suite 500
Jackson, MS  39201-0101
TEL: (601) 965-4480
Mississippi Bar No.  4556

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this 17th day of December, 2009.

/s/Tom S. Lee
TOM S. LEE
SENIOR UNITED STATES DISTRICT  JUDGE